UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONY LUCIBELLO,

               Plaintiff,

vs.                       Case No.  2:06-cv-95-FtM-33DNF

JERRY R. SCHMITT, JENCYE E. SCHMITT,

               Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 16), entered on April 19, 2006, recommending that Plaintiff's Motion to Strike Defendants' Immaterial and Scandalous Paragraphs 16 and 17 and Affirmative Defenses Numbered 3 and 4 from Defendants' Answer and Affirmative Defenses (Doc. # 13) be granted in part and denied in part.

As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(c).   The district judge reviews legal conclusions de novo, even in the absence of an objection.   See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 16), entered on April 19, 2006, recommending that Plaintiff's Motion to Strike Defendants' Immaterial and Scandalous Paragraphs 16 and 17 and Affirmative Defenses Numbered 3 and 4 from Defendants' Answer and Affirmative Defenses (Doc. # 13) be granted in part and denied in part is **ACCEPTED** and **ADOPTED.**

(2)   Plaintiff's Motion to Strike Defendants' Immaterial and Scandalous Paragraphs 16 and 17 and Affirmative Defenses

-2-

Numbered 3 and 4 from Defendants' Answer and Affirmative Defenses (Doc. # 13) is **GRANTED IN PART AND DENIED IN PART** as follows:

(A)  Plaintiff's request to strike paragraphs 16 and 17 of Defendants' answer and affirmative defenses is **DENIED**.

(B)  Plaintiff's request to strike Defendants' affirmative defenses 3 and 4 is **GRANTED** with leave to file an Amended Answer and Affirmative Defenses within twenty days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>9th</u> day of May, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record

-3-